**Slip-Op. 02-63**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                :

SKF USA INC., SKF FRANCE S.A., SARMA,  :
SKF GmbH, SKF INDUSTRIE S.p.A. and SKF  :
SVERIGE AB,                               :
                                    :
          Plaintiffs,           :
                                    :
          v.                    :   Court No. 98-07-02540
                                    :
UNITED STATES,                  :
                                    :
          Defendant,           :
                                    :
THE TORRINGTON COMPANY,         :
                                    :
          Defendant-Intervenor.  :
_____:

## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>SKF USA Inc. v. United States</u>, 2001 Ct. Intl. Trade LEXIS 134, Slip Op. 01-130 (Nov. 15, 2001) ("Remand Results"), comments of SKF USA Inc., SKF France S.A., Sarma, SKF GmbH, SKF Industrie S.p.A. and SKF Sverige AB, comments and rebuttal comments of The Torrington Company and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it is hereby

**ORDERED** that the Remand Results filed by Commerce on April 1, 2002, are affirmed in their entirety; and it is further

    **ORDERED** that since all other issues have been decided, this

case is dismissed.

 

_____
            NICHOLAS TSOUCALAS
              SENIOR JUDGE

Dated:    July 12, 2002
         New York, New York